People of State of Illinois, Defendant in Error, v. Ralph W. Ohneth, Plaintiff in Error.

Gen. No. 44,971. 

Coghlan & Coghlan, for plaintiff in error; John P. Coghlan, of counsel; John S. Boyle, State's Attorney of Cook County, for defendants in error; John T. Gallagher and Rudolph L. Janega, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed December 6, 1949; released for publication December 29, 1949.

Jacob Kaplan, Appellee, v. Hyman C. Kaplan et al., Appellants.

Gen. No. 44,786. 

Maurice L. Davis, for appellant; Arvey, Hodes & Mantynband, for appellee; George L. Siegel and Henry J. Shames, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed December 6, 1949; released for publication December 29, 1949.

## Marie J. Kuzma, Appellant, v. William T. Barber, Sixty-Third and Kedzie Building Corporation, Appellees.

### Gen. No. 44,815.

Nelson, Boodell & Will, for appellant; Drennan J. Slater, of counsel; Barrett, Barrett, Costello & Barrett, for appellees; George F. Barrett, John W. Costello and Edward Wolfe, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed December 19, 1949; released for publication January 5, 1950.

248